IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JACEY L. LITTLE                                                                                          PLAINTIFF

v.                                         Case No. 2:12-CV-02110

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                    DEFENDANT

## ORDER

The Court has received amended proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations—as amended—should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

The originally filed Report and Recommendations (Doc. 12) should be terminated as moot.

**IT IS SO ORDERED** this 21st day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE